# HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Avenue*
*New York, New York 0017*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*

*Scott M. Danner*
*(646) 837-8530*
*sdanner@hsgllp.com*

December 19, 2023

**By ECF**
Hon. Paul A. Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE:   ***Carl Zeiss Industrial Metrology, LLC. v. Oakland Automation, LLC* || 1:23-cv-05169-PAE**

Dear Judge Engelmayer:

We represent the Plaintiff Carl Zeiss Industrial Metrology, LLC ("Plaintiff"), and write to respectfully request an additional ten (10) days to file Plaintiff's motion for a default judgment to and including December 29, 2023. This is Plaintiff's second request for an extension of time.

This Court issued an order requiring Plaintiff to show cause why this claim should not be dismissed, noting that Plaintiff may show cause by filing a timely and proper motion for a default judgment, which, at the request of counsel, was previously extended 7 days to and including today's date. ECF No. 17. Plaintiff has been and continues to work diligently to complete the declarations and materials required under the Court's Rules to provide a complete record to support Plaintiff's proposed damages, interest, and attorneys' fees award sought through the date of filing a proper motion for a default judgment. Unfortunately, compiling the required materials has taken longer than anticipated in Plaintiff's previous request for an extension. We therefore request an

additional ten (10) days, through and including December 29, 2023, to complete the required submission. Should the Court grant this request, Plaintiff agrees not to seek a further extension and will either complete its motion or withdraw its claim on December 29, 2023.

Plaintiff therefore respectfully requests an additional ten (10) days to file its Motion for Default Judgment, up to and including December 29, 2023.

Respectfully submitted,

Dated: December 19, 2023

/s/ Scott M. Danner
Scott M. Danner
425 Lexington Avenue 14th Floor
New York, NY 10017
Telephone: (646) 837-5151
Fax: (646) 837-5150
sdanner@hsgllp.com

Granted.

SO ORDERED.

Dated: December 20, 2023
New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge